UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, ex rel.
MARY PATZER,

                Plaintiff,

    v.

SIKORSKY AIRCRAFT CORPORATION,
SIKORSKY SUPPORT SERVICES, INC., and
DERCO AEROSPACE, INC.,

                Defendants.

Civil Action, File No. 11-CV-560

---

UNOPPOSED MOTION TO CONSOLIDATE CASES

---

The parties, by their undersigned counsel, hereby jointly move pursuant to Federal Rule of Civil Procedure 42(a) to consolidate for purposes of pretrial practice and trial this matter with the civil action titled *United States ex rel. Cimma v. Sikorsky Support Services, Inc. et al.*, No. 14-cv-1381.

Rule 42(a) permits consolidation of actions pending before the Court that "involve a common question of law or fact." Fed. R. Civ. Pro. 42(a). The Court should consolidate cases sharing a common question of law or fact when doing so will further the interests of judicial economy, avoidance of delay, and avoidance of inconsistent or conflicting results. *Habitat Ed. Ctr., Inc. v. Kimbell*, 250 F.R.D. 390, 394 (E.D. Wis. 2008).

Here, the *Patzer* and *Cimma* cases share several common questions of law and fact. Defendant Sikorsky Support Services, Inc. ("SSSI") was awarded two successive contracts by the Navy to maintain its T-34, T-44, and T-6 training aircraft. SSSI, in turn, engaged an affiliated company, Defendant Derco Aerospace, Inc. ("Derco"), to procure and manage the parts and materials necessary to maintain the aircraft in the performance of both prime contracts. In

the *Patzer* case, the government alleges that in the performance of the first of SSSI's prime contracts: (1) SSSI and Derco agreed to an illegal cost-plus-percentage-of-cost subcontract for the parts and materials that resulted in excessive and improper billings to the government; and (2) that SSSI and Derco agreed that Derco would provide improper kickbacks to SSSI. In the *Cimma* case, the government raises these same two allegations with respect to the performance of the second of SSSI's prime contracts. Although the specifics of the government's claims in the two cases differ in some respects, the cases share several basic common questions of law and fact, including whether the defendants violated the statutory prohibition on cost-plus-a-percentage-of-cost subcontracting and whether they agreed to an improper kickback arrangement.

Consolidation of the two cases for purposes of pretrial practice and trial will also further the interests of the Court and the parties. Many of the documents and witnesses in the two cases overlap, and, accordingly, consolidation will facilitate discovery and avoid redundancy. Motion practice should also be streamlined by consolidating the cases because the parties raise many of the same claims and defenses in both matters. A joint trial will also conserve the resources of the Court, the parties, and the witnesses, while also avoiding the potential for inconsistent results.

Finally, the parties anticipate that they will file a joint proposal for a case management plan for the two matters if the Court grants their motion to consolidate them.

Counsel certifies that no separate memorandum will be filed.

Respectfully submitted this 1st day of November, 2017.

COUNSEL FOR THE UNITED STATES OF AMERICA:

>CHAD READLER
>Acting Assistant Attorney General
>
>GREGORY J. HANSTAAD
>United States Attorney
>Eastern District of Wisconsin

By: s/Michael A. Carter
>MICHAEL A. CARTER
>Assistant United States Attorney
>Eastern District of Wisconsin
>State Bar No. 1090041
>Michael.A.Carter@usdoj.gov
>
>LISA T. WARWICK
>Assistant United States Attorney
>Eastern District of Wisconsin
>State Bar No. 1017754
>517 E. Wisconsin Ave.
>Milwaukee, WI 53202
>(414) 297-1700
>Fax: (414) 297-4394
>lisa.warwick@usdoj.gov
>
>MICHAEL D. GRANSTON
>MICHAL TINGLE
>ALAN S. GALE
>GARY NEWKIRK
>Attorneys, Civil Division
>United States Department of Justice
>P.O. Box 261
>Ben Franklin Station
>Washington, DC 20044
>(202) 307-6296
>Fax: (202) 616-3085
>alan.gale@usdoj.gov
>gary.newkirk@usdoj.gov

COUNSEL FOR RELATOR MARY PATZER:

        **Cross Law Firm, S.C.**
        Attorneys for Mary Patzer

By:    s/Nola. J. Hitchcock Cross
        NOLA J. HITCHCOCK CROSS
        Wisconsin Bar Number: 1015817

        MARY C. FLANNER
        Wisconsin Bar Number: 1013095
        Lawyer's Building
        845 North 11th Street
        Milwaukee, WI 53233
        Phone: (414) 224-0000
        Fax: (414) 273-7055

        **Moyé Law Firm**
        Attorneys for Mary Patzer

        DAVID W. MOYÉ
        Florida Bar Number 0782350

        527 E. Park Ave.
        Tallahassee, FL 32301
        Phone: (850) 224-6693
        Fax: (850) 222-6693
        david@moyelawfirm.com

COUNSEL FOR DEFENDANTS:

                              **Dinsmore & Shohl LLP**
                              Trial Counsel for Defendants

By:    s/Michael J. Bronson
         Michael J. Bronson
         Ohio Bar No. 0074448
         Patrick M. Hagan
         Ohio Bar No. 0079927
         Joseph W. Harper
         Ohio Bar No. 0079902
         Laurie A. Witek
         Ohio Bar No. 0083955

         255 East Fifth Street, Suite 1900
         Cincinnati, Ohio 45202
         michael.bronson@dinsmore.com
         patrick.hagan@dinsmore.com
         joe.harper@dinsmore.com
         laurie.witek@dinsmore.com
         Office: (513) 977-8200
         Fax: (513) 977-8141

         **Biskupic & Jacobs, S.C.**
         Counsel for Defendants

         STEVEN M. BISKUPIC
         Wisconsin Bar No. 1018217
         1045 West Glen Oaks Lane, Suite 106
         Mequon, WI 53902
         skiskupic@biskupicjacobs.com
         Office: (262) 241-3300
         Fax: (866) 700-7640