UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, *ex rel.*
MARY PATZER, Peter A. CIMMA,

        Plaintiffs,

    v.

SIKORSKY AIRCRAFT CORPORATION,
SIKORSKY SUPPORT SERVICES, INC., and
DERCO AEROSPACE, INC.,

        Defendants.

Case Nos.: 2:11-cv-00560-LA
               2:14-cv-01381-LA

---

### UNITED STATES' MOTION TO STRIKE AFFIRMATIVE DEFENSES CONTAINED IN DEFENDANTS' ANSWERS TO THE UNITED STATES SECOND AMENDED COMPLAINT (CASE NO. 2:11-CV-00560-LA) AND COMPLAINT IN INTERVENTION (CASE NO. 2:14-CV-01381-LA)

---

Plaintiff, the United States of America, by its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the Affirmative Defenses contained in the Defendants' Answers to the United States' Second Amended Complaint in Intervention in Case No. 11-cv-560 and the United States' Complaint in Intervention in Case No. 14-cv-1381.

The United States submits the accompanying Memorandum to explain the bases for its motion to strike.

Dated this 9th day of October, 2018.

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        MATTHEW D. KRUEGER
                                        United States Attorney
                                        Eastern District of Wisconsin

                                        <u>/s Michael A. Carter</u>
                                        MICHAEL A. CARTER
                                        Assistant United States Attorney

Eastern District of Wisconsin
State Bar No. 1090041

LISA T. WARWICK
Assistant United States Attorney
Eastern District of Wisconsin
State Bar No. 1017754

517 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 297-1700
Fax: (414) 297-4394
lisa.warwick@usdoj.gov
Michael.A.Carter@usdoj.gov

MICHAEL D. GRANSTON
MICHAL TINGLE
ALAN S. GALE
GARY NEWKIRK
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(202) 307-6296
Fax: (202) 616-3085
alan.gale@usdoj.gov

2