# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA, et al,**
       **Plaintiffs,**

v.                        Case No. 11-CV-560

**SIKORSKY AIRCRAFT CORPORATION, et al.**
       **Defendants.**

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 4/23/2024 |
| Time Commenced: 9:30 a.m. | Concluded: 10:15 a.m. |
| Deputy Clerk: MJA | Court Reporter: Jennifer Stake |

APPEARANCES:

Plaintiffs: Nola Hitchcock-Cross, Nelson Wagner, Alan Gale, Michael Carter

Defendants: Michael Bronson, Daniel Flaherty, Michael Ferrara, Joseph Harper, Laurie Witek

Nature of Conference: Final Pretrial Conference

Notes:

- Discussion of anticipated witnesses. Defendants agree to fully examine common witnesses when called during government's case, to avoid having to call witnesses twice. Government to advise defendants as to when they expect to call the common witnesses.

- Argument regarding defendants' motion to compel Vera Turner's remote testimony. Court agrees that remote testimony, rather than playing pre-recorded deposition, is warranted. Court <u>grants</u> motion to compel (ECF No. 404). Although not discussed during the conference, the court also <u>grants</u> the parties' motions to restrict access (ECF Nos. 403 & 409) to the motion and related filings because they reveal a non-party's medical information.

- Discussion of verdict form relating to damages on forward-looking and reverse false claims relating to Schulman email. Parties to submit proposals on this issue by Friday, April 26.
- Discussion of potential agreement on the amounts Navy paid to SSSI and amount Derco paid to its suppliers for parts, which would potentially make testimony of Joel Lesch unnecessary. Parties to confer on this issue and file something with the court by April 26.
- Discussion of preliminary jury instruction. Parties' submit proposed amendments to court's proposal. Parties to submit anything further on this topic by April 26.
- Discussion of number of jurors and peremptory strikes. Each side has three strikes. Defendants request a jury of twelve. Government agrees with court's initial proposal of 8. Court will think about it.