UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, ex rel.
MARY J. PATZER,

        Plaintiffs,

v.

SIKORSKY SUPPORT SERVICES, INC., and
DERCO AEROSPACE, INC.,

        Defendants.

Case Nos.   11-cv-00560-LA
                 14-cv-01381-LA

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff the United States of America, Relator Mary Patzer, and Defendants Sikorsky Support Services, Inc. and Derco Aerospace, Inc. (collectively, "the Parties"), respectfully request that the Court enter an order dismissing this action in its entirety with prejudice.

A proposed order is attached for the Court's convenience.

                                      Respectfully submitted,

1

Case 2:11-cv-00560-LA    Filed 07/02/24    Page 1 of 3    Document 423

COUNSEL FOR DEFENDANTS:

**Dinsmore & Shohl LLP**

/s/ *Michael J. Bronson*
Michael J. Bronson
Ohio State Bar No. 0074448
Patrick M. Hagan
Ohio State Bar No. 0079927
Joseph W. Harper
Ohio State Bar No. 0079902
Laurie A. Witek
Ohio State Bar No. 0083955
Lauren L. Fletcher
Ohio State Bar No. 0099295
J. Riley Able
Ohio State Bar No. 0100282
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Office: (513) 977-8200
Fax: (513) 977-8141
Email: michael.bronson@dinsmore.com
　　　　patrick.hagan@dinsmore.com
　　　　joe.harper@dinsmore.com
　　　　laurie.witek@dinsmore.com
　　　　lauren.fletcher@dinsmore.com
　　　　riley.able@dinsmore.com

Michael J. Ferrara
Ohio Bar No. 0097584
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Office: (614) 628-6880
Fax: (614) 628-6890
Email: michael.ferarra@dinsmore.com

**Godfrey & Kahn, S.C.**

Daniel T. Flaherty
Wisconsin State Bar No. 1011357
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: (414) 273-3500
Fax: (414) 273-5198
Email: dflaherty@gklaw.com

COUNSEL FOR THE UNITED STATES:

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                GREGORY J. HAANSTAD
                United States Attorney
                Eastern District of Wisconsin

By:    /s/ *Michael A. Carter*
        Michael A. Carter
        Assistant United States Attorney
        Eastern District of Wisconsin
        State Bar No. 1090041
        517 E. Wisconsin Ave.
        Milwaukee, WI 53202
        Phone: (414) 297-1700
        Fax: (414) 297-4394
        michael.a.carter@usdoj.gov

        Jamie Yavelberg
        Michal Tingle
        Alan S. Gale
        Gary Newkirk
        Nelson Wagner
        Attorneys, Civil Division
        U.S. Department of Justice
        Post Office Box 261, PHB 9006
        Washington, DC 20044
        Phone: (202) 307-6296

COUNSEL FOR RELATOR:

        **Cross Law Firm, S.C.**

        /s/ *Nola J. Hitchcock Cross*
        Nola J. Hitchcock Cross
        Wisconsin Bar Number 1015817
        Mary C. Flanner
        Wisconsin Bar Number 1013095
        Lawyer's Building
        845 North 11th Street
        Milwaukee, WI 53233
        Phone: (414) 224-0000
        Fax: (414) 273-7055