UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, ex rel.
MARY J. PATZER,

        Plaintiffs,

v.

SIKORSKY SUPPORT SERVICES, INC., and
DERCO AEROSPACE, INC.,

        Defendants.

Case Nos.   11-cv-00560-LA
                   14-cv-01381-LA

## [PROPOSED] ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. The Joint Motion to Dismiss with Prejudice is hereby GRANTED.

This action is hereby DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED at Milwaukee, Wisconsin, this ___ day of _____, 2024.

                                              _____
                                              LYNN ADELMAN
                                              U.S. District Judge